Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
### EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HENSTEBECK, | ) **Case No.:** |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| vs. | ) |
| | ) **Demand does not exceed $10,000** |
| NCO FINANCIAL SYSTEMS, INC, | ) **(Unlawful Debt Collection Practices)** |
| | ) |
| Defendant. | ) |

## COMPLAINT

MICHAEL HENSTEBECK (Plaintiff), by his attorneys, KROHN & MOSS, LTD.,

alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15

U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has

found abundant evidence of the use of abusive, deceptive, and unfair debt collection

practices by many debt collectors, and has determined that abusive debt collection

practices contribute to the number of personal bankruptcies, to marital instability, to the

loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to

eliminate abusive debt collection practices by debt collectors, to insure that those debt

collectors who refrain from using abusive debt collection practices are not competitively

- 1 -

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in New Port Richey, Pasco County, Florida and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see pictures from caller ID attached hereto as Exhibit "A" and call log attached hereto as Exhibit "B").

12. Defendant calls Plaintiff between 3 and 13 times a day.

13. Defendant constantly and continuously places collection calls from the number (877) 337-2418.

14. Defendant constantly and continuously places collection calls from the number (215) 441-3000.

15. Defendant constantly and continuously places collection calls from the number (253) 248-6406.

16. Defendant failed to provide Plaintiff with a 30 day validation.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    d. Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

- 3 -

e.  Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount not authorized by the agreement creating the debt or permitted by law.

18. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, anger and fear. (See Exhibit "C").

**WHEREFORE**, Plaintiff, MICHAEL HENSTEBECK, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

## **<u>DEMAND FOR JURY TRIAL</u>**

PLEASE TAKE NOTICE that Plaintiff, MICHAEL HENSTEBECK, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: January 23, 2009              KROHN & MOSS, LTD.


By: /s/ Ryan Lee                                           _
                   Ryan Lee
                   Attorney for Plaintiff

- 4 -

COMPLAINT

1

2
## VERIFICATION OF COMPLAINT AND CERTIFICATION

3
STATE OF FLORIDA

4
    Plaintiff, MICHAEL HENSTEBECK, states as follows:

  1.    I am the Plaintiff in this civil proceeding.

5
  2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information

6
and belief formed after reasonable inquiry.

  3.    I believe that this civil Complaint is well grounded in fact and warranted by existing

7
law or by a good faith argument for the extension, modification or reversal of existing law.

8
  4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a

9
needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

10
  5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

  6.    Each and every exhibit I have provided to my attorneys which has been attached to

11
this Complaint is a true and correct copy of the original.

  7.    Except for clearly indicated redactions made by my attorneys where appropriate, I

12
have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

13

    Pursuant to 28 U.S.C. § 1746(2), I, MICHAEL HENSTEBECK, hereby declare (or

14
certify, verify or state) under penalty of perjury that the foregoing is true and correct.

15
DATE:_____        _____

16
                       MICHAEL HENSTEBECK

17

18

19

20

21

22

23

24

25

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

COMPLAINT















1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT B**

COMPLAINT

Michael Henstebeck                          5 January 2009
3120 Latrobe Street
New Port Richey, Fl. 34655

Ryan,

      This is a list of calls received from NCO Financial

12/12/2008 @ 12:11 PM NCO Group, Inc. 215-441-3000
12/16 @8:33 AM NCO 408-538-5102
12/16 @ 11:37 AM NCO 408-538-5102
12/17 @ 8:30AM NCO Financial Service 253-2486406 *
12/21 @ 10:16 AM NCO Financing 877-337-2418 **
12/21 @ 10:44 AM NCO Financing 877-337-2418
12/21 @ 12:52 PM NCO Financing 877-3372418
12/21 @ 4:20 PM NCO Financing 877-337-2418
12/21 @ 4:36 PM NCO Financing 877-337-2418
12/21 @ 5:51 PM NCO Financing 877-337-2418
12/21 @ 6:12 PM NCO Group 215-441-3000
12/21 @7:51 PM  NCO Financing 877-337-2418
12/22 @5:47 PM NCO Financing 877-337-2418
12/22 @7:17 PM NCO Financing 877-337-2418
12/22@ 8:21 PM NCO Financing 877-337-2418
12/23 @ 8:43 AM NCO Financing 877-337-2418
12/23@10:15 AM NCO Financing 877-337-2418 ***
12/23@ 5:27 PM NCO Financing 877-337-2418
12/23 @ 7:37 PM NCO Financing 877-337-2418
12/23@ 8:13 PM NCO Financing 877-337-2418
12/24 @ 8:45 AM NCO Financing 877-337-2418
12/24 @ 9:10 AM NCO Financing 877-337-2418
12/24 @ 9:27 AM NCO Financing 877-337-2418

12/24 @ 12:34 PM NCO Financing 877-337-2418
12/24 @3:15 PM NCO Financing 877-337-2418
12/26 @ 8:21AM NCO Financing 877-337-22418
12/26 @ 8:48 AM NCO Financing 877-337-2418
12/26 @ 1:03 PM NCO Financing 877-337-2418****

* Caller stated the name Jason
** Caller left these numbers with my Mother
877-273-5297
877-337-2418
Caller stated name as Chris, NCO
*** Caller stated and spelled name Czaria
Also became very rude when I started to ask how to spell her
name and the name of the company.
**** This call came after they received the Cease Desist Letter I
sent NCO.

Also enclosed are the only pictures that came out with the call.

Michael Henstebeck

**<u>EXHIBIT C</u>**

- 8 -

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES NO
2. Fear of answering the telephone — YES NO
3. Nervousness — YES NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — YES NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — YES NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — YES NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — YES NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: WHEN GOING TO ANSWER THE PHONE I FELL CAUSING PAIN IN MY LOWER BACK AND HIP ON RIGHT SIDE.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify/verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____

Signed Name _____

Printed Name MICHAEL HENSTEBECK