Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:  619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENSTEBECK, | Case No. 09 CV 00211-GEB-GGH |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

Dated: 02/27/09          KROHN & MOSS, LTD.

/s/Ryan Lee
Ryan Lee
Attorney for Plaintiff
Michael Henstebeck

Dated: 02/27/09     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.