IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HENSTEBECK,  )
 ) 2:09-cv-00211-GEB-KJM
           Plaintiff, )
 )
     v. ) ORDER RE: SETTLEMENT
 ) AND DISPOSITION
NCO FINANCIAL SYSTEMS, INC., )
 )
           Defendant. )
 )

The Notice of Settlement filed on February 27, 2009, states this action has settled, and the parties anticipate filing a stipulation of dismissal of this action with prejudice within 30 days. Therefore, a dispositional document shall be filed no later than March 30, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for April 27, 2009, at 9:00 a.m., will remain on calendar in the event that no dispositional document is filed, or if this action is not otherwise

dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  March 5, 2009

*(signature)*
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).