Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENSTEBECK,<br><br>    Plaintiff,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Case No.  09 CV 00211-GEB-GGH<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

Plaintiff, MICHAEL HENSTEBECK, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 23, 2009.  NCO filed a notice of appearance on February 17, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: March 19, 2009          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: March 19, 2009          KROHN & MOSS

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Michael Henstebeck

IT IS SO ORDERED:

_____
Dated:                         Hon. Garland E. Burrell, Jr.
                               United States District Judge